# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 319 WAL 2017
:
Respondent   :
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
v.   :
:
:
:
RONALD CARL ENYEART,   :
:
Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.